UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:06-cr-0008-LJM-DKL-17 |
| WILLIAM PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Bakers=s Report and Recommendation that William Perry=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 24 months in the custody of the Attorney General. Upon Mr. Perry=s release from confinement, he will not be subject to supervised release.

SO ORDERED this 11/07/2012

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler
Assistant U. S. Attorney
josh.minkler@usdoj.gov

Gwendolyn Beitz
Joe Cleary
Office of Indiana Federal Community Defender

U. S. Parole and Probation

U. S. Marshal